IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS E. NOBLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 16-407-SLR |
| ) | |
| THE STATE OF DELAWARE and ) | |
| GOVERNOR JACK MARKELL, ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM ORDER**

At Wilmington this 23rd day of August, 2016, having considered movant's pending motions (D.I. 9, 10, 11);

IT IS ORDERED that the motions (D.I. 9, 10, 11) are **denied** as moot, for the following reasons:

1. By order dated September 13, 2004, the Clerk of Court was directed to "refrain from filing or permitting to be filed any pro se civil rights complaint from the plaintiff Thomas E. Noble, without prior approval of the court." *See Noble v. Becker*, Civ. No. 03-906-KAJ (D. Del. Sept. 13, 2004). On June 20, 2016 the court entered an order (D.I. 6) that administratively closed the instant cased as it was commenced without prior approval of the court in derogation of the September 13, 2004 order.

2. Plaintiff recently filed a motion to stay proceedings, to vacate all orders, and to transfer cases to the judicial panel on multidistrict litigation (D.I. 9), a petition to transfer civil action cases from the United States District Courts of Delaware and the Eastern District of Pennsylvania to the judicial panel on multidistrict litigation (D.I. 10), and a request for counsel (D.I. 11).

3. The court will deny the motions for the reasons previously set forth by this court, noting that this case is closed (see D.I. 6). Movant is placed on notice that future similar motions will be docketed, but not considered.

                                                                *[signature]*
UNITED STATES DISTRICT JUDGE